# COURT MINUTES

## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor
Date: 09/28/2026 Time: 2:00 PM

Defendant: Marcel Williamson J#: Case #: 22-CR-20104-BECCERA (s)(s)(s)(s)(s)(s)

AUSA: Frank Tamen Attorney:

Violation: Conspiracy to Commit Bank and Wire Fraud Surr/Arrest Date: YOB:

Proceeding: Initial Appearance/Arraignment CJA Appt: **Michael Bands, Esq.**

Bond/PTD Held: ○ Yes ○ No Recommended Bond:

Bond Set at: **$100K PSB (bond adopted from ED-NY)** Co-signed by: **Wife-Cindy WIlliamson**

- ☐ **Surrender and/or do not obtain passports/travel docs; Deft will surrender his passport to the probation officer in the ED-NY**
- ☐ **Report to PTS as directed**/or ________ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ________ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ **No contact with victims/witnesses except through counsel**
- ☐ **No contact with co-defts and co-conspirators in related cases**
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ________ pm to ________ am, paid by ________
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ **Travel extended to: Entire state of NY(reside) and SD-FL (court)**
- ☐ Other:

Language: English

Disposition:
Deft's I/A was held in the ED-NY.
Deft's advised of rights and charges; Defendant sworn. Deft. ore tenus request for Court appointed Counsel is **GRANTED**. APFD has a conflict. CJA is appointed. The Defendant Ordered to pay partial reimbursement for counsel to the court registry within 60 days/Amt $5K. Court adopts bond with conditions from ED-NY. Bond Paperwork due 10/5/26 for co-signers signature; Deft will remain released on Bond.

Defendant Arraigned.
*Reading of Indictment Waived;*
*Not Guilty plea entered Jury Trial demanded;*
*Standing Discovery Order requested.*

Defendant's ore tenus request for entry of S.D.O. -**GRANTED**.
**BRADY ORDER GIVEN**

| **NEXT COURT APPEARANCE** | **Date** | **Time:** | **Judge:** | |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| **Status Conf. RE: Pymt/Indig.** | 11-23-26 | 10:00 a.m. | Duty Magistrate Judge | Miami |

D.A.R. 14:41:55; 14:49:35 Time in Court: 9 minutes

s/Eduardo Sanchez Magistrate Judge