UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

*Plaintiff,*

v.

MARCEL WILLIAMSON

*Defendant.*

_________________________________/

**NOTICE OF FILING**

COMES NOW, the Defendant, MARCEL WILLIAMSON, by and through undersigned counsel, and hereby files this Notice of Filing comporting with the Court's Order to complete the Appearance Bond Form by providing the signature of the surety.

Respectfully submitted,

**MICHAEL R. BAND, P.A.**
1224 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131
Tel: 305.372.8500
Fax: 305.372.8504
Email: michael@bandlawfirm.com

*s/ Michael R. Band*

MICHAEL R. BAND

Florida Bar № 228338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October 2026, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/ Michael R. Band*

MICHAEL R. BAND