**DEFENDANT:** ____________
**CASE NUMBER:** ____________
**PAGE SIX**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this ____ day of ____________, 20____ at ____________, Florida

Signed and acknowledged before me: DEFENDANT: (Signature) ____________

WITNESS: ____________ ____________ City ____________ State

____________ City ____________ State

### CORPORATE SURETY

Signed this ____ day of ____________, 20____ at ____________, Florida

SURETY: ____________ AGENT: (Signature) ____________

PRINT NAME: ____________

____________ City ____________ State

### INDIVIDUAL SURETIES

X Signed this 1 day of OCTOBER, 20 26 at 12:08, Florida

SURETY: (Signature) [signature]

PRINT NAME: CINDY ACTIE-WILLIAMSON

RELATIONSHIP TO DEFENDANT: WIFE

DEER PARK City NY State

Signed this ____ day of ____________, 20____ at ____________, Florida

SURETY: (Signature) ____________

PRINT NAME: ____________

RELATIONSHIP TO DEFENDANT: ____________

____________ City ____________ State

Signed this ____ day of ____________, 20____ at ____________, Florida

SURETY: (Signature) ____________

PRINT NAME: ____________

RELATIONSHIP TO DEFENDANT: ____________

____________ City ____________ State

Signed this ____ day of ____________, 20____ at ____________, Florida

SURETY: (Signature) ____________

PRINT NAME: ____________

RELATIONSHIP TO DEFENDANT: ____________

____________ City ____________ State

## APPROVAL BY THE COURT

Date: ____________ ____________

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

CM/ECF RESTRICTED

DEFENDANT: ____________________
CASE NUMBER: ____________________
PAGE SEVEN

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

## DEFENDANT

Signed this ________ day of ____________________, 20____ at ________________, Florida

Signed and acknowledged before me:

WITNESS: ____________________
ADDRESS: ____________________
ZIP: ____________

DEFENDANT: (Signature) ____________________
ADDRESS: ____________________
ZIP: ____________
TELEPHONE: ____________________

## CORPORATE SURETY

Signed this ________ day of ____________________, 20____ at ________________, Florida

SURETY: ____________________
ADDRESS: ____________________
ZIP: ____________

AGENT: (Signature) ____________________
PRINT NAME: ____________________
TELEPHONE: ____________________

## INDIVIDUAL SURETIES

X Signed this 1 day of OCTOBER, 20 26 at 12:08, Florida
SURETY: (Signature) [signature]
PRINT NAME: CINDY ACTIE-WILLIAMSON
RELATIONSHIP TO DEFENDANT: WIFE
ADDRESS: 7 CARA CT
DEER PARK, NY ZIP: 11729
TELEPHONE: (631) 885-5885

Signed this ____ day of ____________, 20____ at ____________, Florida
SURETY: (Signature) ____________________
PRINT NAME: ____________________
RELATIONSHIP TO DEFENDANT: ____________________
ADDRESS: ____________________
ZIP: ____________
TELEPHONE: ____________________

Signed this ____ day of ____________, 20____ at ____________, Florida
SURETY: (Signature) ____________________
PRINT NAME: ____________________
RELATIONSHIP TO DEFENDANT: ____________________
ADDRESS: ____________________
ZIP: ____________
TELEPHONE: ____________________

Signed this ____ day of ____________, 20____ at ____________, Florida
SURETY: (Signature) ____________________
PRINT NAME: ____________________
RELATIONSHIP TO DEFENDANT: ____________________
ADDRESS: ____________________
ZIP: ____________
TELEPHONE: ____________________