**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

U.S.A.
Plaintiff,

vs.

Marcel Williamson
Defendant.
/

**ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS**

This Cause having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the sum of $5,000.00 on or before November 23rd, 2026 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further **ORDERED** that a status conference on reimbursement will be held on November 23rd, 2026 at 10:00 a.m. before the Duty Magistrate Judge.

**DONE AND ORDERED** at Miami, Florida this 5th day of October, 2026.

**EDUARDO I. SANCHEZ**
**UNITED STATES MAGISTRATE JUDGE**

c: Bureau of Prisons
Financial Section
Defense Counsel
U.S. Attorney
Pretrial Services