UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

*Plaintiff,*

v.

MARCEL WILLIAMSON

*Defendants*.
______________________________/

**DEFENDANT, WILLIAMSON'S UNOPPOSED MOTION TO BE EXCUSED FROM THE CALENDAR CALL**

The Defendant, Marcel Williamson, by and through undersigned Counsel, pursuant to the Federal Rule of Procedure 47, and files his Unopposed Motion to be Excused from the Court's Calendar Call scheduled for December 1, 2026, and as grounds for this request would state as follows:

1. Mr. Williamson was indicted on August 27, 2026, for Conspiracy to Commit Bank and Wire Fraud in violation of 18 U.S.C. §1349 (Superseding Indictment - Count 4). It is the only allegation that he has been charged with.
2. Mr. Williamson, a resident of New York, travelled at his own expense to appear in Miami for his arraignment (October 1, 2026).

3. Undersigned counsel was appointed to represent him under the auspices of the Criminal Justice Act.
4. On November 2, 2026, this Honorable Court entered its Trial Order [DE 2215] setting a Calendar Call for December 1, 2026, and mandating the appearance of all defendants to be present.
5. Traveling to Miami from New York for a Calendar Call would be unduly burdensome and expensive for Mr. Williamson.
6. Counsel for Mr. Williamson will be present at the Calendar Call and will have the authority to act on his behalf.
7. Undersigned counsel has communicated with assistant United States Attorney Jason Wu who has no objection to the Defendant's request.

WHEREFORE, for good cause shown, the Defendant, Marcel Williamson, respectfully requests that this Honorable Court enter its Order excusing Mr. Williamson from attending the December 1, 2026, Calender Call.

Respectfully submitted,

**Michael R. Band, P.A.**

1224 Alfred I. DuPont Building
169 East Flagler Street

Miami, Florida 33131
Tel: 305.372.8500
Fax: 305.372.8504
Email: michael@bandlawfirm.com

s/ *Michael R. Band*

Michael R. Band
Florida Bar. No. 228338

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd of November 2026, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive electronic filings in this cause.

s/ *Michael R. Band*

Michael R. Band