UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

*Plaintiff,*

v.

MARCEL WILLIAMSON

*Defendant*.
_______________________________/

**(PROPOSED) ORDER ON DEFENDANT, WILLIAMSON'S UNOPPOSED MOTION TO BE EXCUSED FROM THE CALENDAR CALL**

**THIS CAUSE** came before the Court upon the Defendant, Marcel Williamson's Unopposed Motion to be Excused from the Calendar Call, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Defendant's Motion to Be Excused From the Calendar Call is hereby ______________________.

**DONE and ORDERED** in Miami, Florida this ___ day of November 2026.

_______________________________

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Cc. Counsel of Record