UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA
*Plaintiff,*

v.

MARCEL WILLIAMSON
*Defendant.*

________________________________/

**MOTION TO SEAL**
***EX PARTE* CJA COUNSEL'S REQUEST TO TRAVEL**

COMES NOW, Defendant Marcel Williamson, by and through his undersigned Court appointed counsel, and hereby files the instant Motion to Seal *Ex Parte* CJA Counsel's Request to Travel relating to the representation of the Defendant. In support of this motion counsel alleges as follows:

1. The Defendant's Motion to Seal is appropriately submitted in an *ex parte*/sealed fashion.
2. Said motion relates to the internal work process and work product of the defense.
3. Traditionally, all matters pertaining to CJA defense requested expenditures and case budgets are filed under seal.

WHEREFORE, THE Defendant respectfully requests that the Court grant the instant Motion to Seal.

Respectfully submitted,

MICHAEL R. BAND, P.A.

1224 Alfred I. DuPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: 305.372.8500
Telefax: 305.372.8504
Email: michael@bandlawfirm.com

/s/ *Michael R. Band*

Michael R. Band
Florida Bar No. 228338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th of November 2026, the undersigned attorney electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Michael R. Band*

Michael R. Band