UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA
*Plaintiff,*

v.

MARCEL WILLIAMSON
*Defendant.*

________________________________/

**(PROPOSED) ORDER ON DEFENDANT'S MOTION TO SEAL**

**THIS CAUSE** came before the Court upon the Defendant, Marcel Williamson's Motion to Seal, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Defendant's Motion to Seal is hereby ______________________.

**DONE and ORDERED** in Miami, Florida this ___ day of November 2026.

___________________________________

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE