# U.S. District Court

## Florida Southern - Miami

Receipt Date: Nov 18, 2026 3:37PM

NEVRON STANISLAUS
705 MAPLE ST
BROOKLYN, NY 11203

Rcpt. No: 325419 Trans. Date: Nov 18, 2026 3:37PM Cashier ID: #RN (7734)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 400 | CJA Repayment | | 1 | 5000.00 | 5000.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $5,000.00 |
| | Total Due Prior to Payment: | $5,000.00 |
| | Total Tendered: | $5,000.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: AUTH: 09712Z PER COURT ORDER DE#2097

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.